ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

# FEDERAL PUBLIC DEFENDER
### District of Hawaii

Pamela J. Byrne
Assistant Federal Defender

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ◆ Facsimile (808) 541-3545 ◆ Toll free (877) 541-2521

May 9, 2008

George Bartels
U.S. District Court Clerk's Office
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

CR-02-00174 HG

Re:  **Appointment of Counsel**
     **Christine Kohler**

Dear Mr. Bartels:

    Ms. Christine Kohler is requesting early termination of supervised release. Ms. Kohler wishes to apply to the Court for appointed counsel in order to advise her. Her financial affidavit is enclosed herewith. It is requested that her affidavit be submitted to the Magistrate for review and approval. Thank you.

Very truly yours,

PAMELA J. BYRNE
Assistant Federal Defender
District of Hawaii

:cf

Encl.